[No. 29880-5-II. Division Two. January 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY STOUT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-14221-0, Brian M. Tollefson, Lisa R. Worswick, and John A. McCarthy, JJ., entered January 28, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 30635-2-II. Division Two. January 19, 2005.]

LONNY J. EARLES, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-00945-7, Daniel J. Berschauer, J., entered July 25, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.

[No. 30757-0-II. Division Two. January 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BINH THACH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-00198-8, John F. Nichols, J., entered August 5, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J. Now published at 126 Wn. App. 297.